1  PATRICK J. FOLAN (STATE BAR #125340)
   STEVEN W. BRENNAN (STATE BAR #110256)
2  ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
   21515 Hawthorne Boulevard, Suite 1120
3  Torrance, California 90503-6504
   Telephone:  (310) 792-1075
4  Facsimile:   (310) 792-0635
   E-mail: pjfolan@swbf.net

Attorneys for Plaintiff
Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| Morgan Stanley & Co. Incorporated, a corporation, <br><br> Plaintiff, <br><br> v. <br><br> Frank Horath, an individual, <br><br> Defendant. | CASE NO.   C08-01209 JW (PVT) <br><br> **MORGAN STANLEY'S CERTIFICATE OF INTERESTED PERSONS OR ENTITIES** <br><br> Date:  February ___, 2008 <br> Time:  (To be determined) <br> Ctrm:  (To be determined) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Raymond James Financial Services, Inc., entity with which Defendant is affiliated and through which Defendant trades securities, financial interest in

1  not having defendant enjoined.

2

3  Dated:   February 26, 2008           ST. JOHN, WALLACE, BRENNAN
                                        & FOLAN LLP
4

5
                                        By: _____
6                                            Patrick J. Folan (Bar #125340)
                                             Attorneys for Plaintiff
7                                            Morgan Stanley & Co. Incorporated

8

9  ...MS\Horath\ex parte appl.tro&osc. Cert.Interested Parties.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28