```
 1  PATRICK J. FOLAN (STATE BAR #125340)
    STEVEN W. BRENNAN (STATE BAR #110256)
 2  ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
    21515 Hawthorne Boulevard, Suite 1120
 3  Torrance, California 90503-6504
    Telephone:  (310) 792-1075
 4  Facsimile:   (310) 792-0635
    E-mail: pjfolan@swbf.net
 5
    Attorneys for Plaintiff
 6  Morgan Stanley & Co. Incorporated
 7
 8                  UNITED STATES DISTRICT COURT
 9            NORTHER DISTRICT OF CALIFORNIA - SAN JOSE
10
11  Morgan Stanley & Co. Incorporated,   )   CASE NO.  C 08-01209 JW
    a corporation,                       )
12                                       )
                  Plaintiff,             )
13                                       )   PROOF OF SERVICE OF
         v.                              )   SUPPLEMENTAL COURT
14                                       )   ORDERS
    Frank Horath, an individual,         )
15                                       )
                  Defendant.             )
16                                       )
17  _____)
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

PROOF OF SERVICE of Supplemental Court Orders          CASE NO.  C 08-01209 JW

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I, the undersigned, declare:

That I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 21515 Hawthorne Boulevard, Suite 1120, Torrance, California 90503-6504.

On February 29, 2008, I served the foregoing documents described as:

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDERS REGARDING CASE MANAGEMENT IN CIVIL CASES

on the interested parties in this action by placing [] the original [✓] a true copy thereof enclosed in a sealed envelope addressed as follows:

Chad Weaver, Esq.
Edgerton and Weaver, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, CA 90254

[✓] **(By Mail)** I caused such envelope to be deposited in the mail at Torrance, California. The envelope was mailed with postage fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[] (By Overnight Mail) By causing said document to be delivered via Federal Express to the offices of the addressee.

[ ] (By Personal Service) By causing said documents to be hand-delivered by Signal Attorney Service to addressee.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 29th day of February, 2008, at Torrance, California.

_Shraddha D. Friend_
Shraddha D. Friend

PROOF OF SERVICE of Supplemental Court Orders        CASE NO. C 08-01209 JW