**\*E-FILED\***
**March 3, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORGAN STANLEY & CO. INCORPORATED,

    Plaintiff,

v.

FRANK HORATH,

    Defendant.
_____/

No. C 08-01209 JW (RS)

**ORDER OF RECUSAL
RE:   REFERRED MATTERS**

    I hereby recuse myself from hearing or determining any matters which have been referred to me as Magistrate Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another Magistrate Judge.

    IT IS SO ORDERED.

Dated: March 3, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Steven W. Brennan     swbrennan@swbf.net

Patrick J. Folan      pjfolan@swbf.net, rmsharkey@swbf.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:  March 3, 2008

                                        /s/ BAK
                                        Chambers of Magistrate Judge Richard Seeborg