**EDGERTON & WEAVER, LLP**
CHAD WEAVER (CA Bar No. 191984)
2615 Pacific Coast Highway, Suite 300
Hermosa Beach, California 90254
Tel: (310) 937-2066
Fax: (310) 937-2064

Attorneys for Defendant,
Frank Horath

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| MORGAN STANLEY & CO. INCORPORATED,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FRANK HORATH,<br><br>　　　　　　Defendant. | Case No. CV 08-01209 JW (PVT)<br><br>**NOTICE CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>DATE: April 21, 2008<br>TIME: 10:00 A.M.<br>COURTROOM: 8, 4th Floor |

TO ALL PARTIES AND THEIR COUNSEL FO RECORD:

　　PLEASE TAKE NOTICE that the Case Management Conference previously scheduled for March 31, 2008 at 10:00 in Courtroom 8, 4th Floor, San Jose before Hon. James Ware is continued to April 21, 2008 at 10:00 in Courtroom 8, 4th Floor, San Jose before Hon. James Ware.

DATED: March 28, 2008

　　　　　　　　　　　　　　　　　　　**EDGERTON & WEAVER, LLP**

　　　　　　　　　　　　　　　　　　　By: _/s/ Chad Weaver_
　　　　　　　　　　　　　　　　　　　Chad Weaver (State Bar # 191984)
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Frank Horath

---

1

NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

EDGERTON & WEAVER, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064
www.edgertonweaver.com

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2615 Pacific Coast Highway, Suite 300, Hermosa Beach, California 90254.

On March 28, 2008, I served the following document described as:

**NOTICE CONTINUING CASE MANAGEMENT CONFERENCE**

on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes as follows:

Patrick J. Folan, Esq.
St. John, Wallace, Brennan & Folan LLP
21515 Hawthorne Blvd., Suite 1120
Torrance, CA 90503
Tel: (310) 792-1075
Fax: (310) 792-0635
E-mail: pjfolan@swbf.net

(X) I deposited such envelopes in the mail at Hermosa Beach, California. The envelopes were mailed with postage thereon fully prepaid.

( ) By Personal Service, I caused such envelope to be delivered by hand to the individuals at the addresses listed.

( ) By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service (DHL Overnight), for delivery to the above addressee(s).

(X) By facsimile machine, I caused the above-referenced document(s) to be transmitted to the above-named person at the following telephone number above.

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on March 28, 2008, at Hermosa Beach, California.



Carole Serrano