EDGERTON & WEAVER, LLP
CHAD WEAVER (CA Bar No. 191984)
2615 Pacific Coast Highway, Suite 300
Hermosa Beach, California 90254
Tel: (310) 937-2066
Fax: (310) 937-2064

Attorneys for Defendant,
Frank Horath

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| MORGAN STANLEY & CO. Incorporated, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK HORATH, an individual,<br><br>Defendant. | Case No. CV 08-01209 JW (PVT)<br><br>**STIPULATION RE CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>PREVIOUS DATE: March 31, 2008<br>PREVIOUS TIME: 10:00 a.m.<br><br>NEW DATE: April 21, 2008<br>NEW TIME: 10:00 A.M.<br><br>COURTROOM: 8, 4th Floor |

## STIPULATION

Plaintiff Morgan Stanley & Co. Incorporated ("Morgan Stanley") and defendant Frank Horath ("Horath" or 'Defendant") hereby stipulate and agree as follows:

1. The parties have tentatively settled the matter, subject to a written settlement agreement. The parties request that the Case Management Conference previously scheduled for March 31, 2008 at 10:00, of the above-entitled court <u>be continued to April 21, 2008</u> at 10:00 in Courtroom 8, 4th Floor, San Jose before Hon. James Ware so that the parties have time to work on the settlement papers.

Based on the parties' Stipulation above, **IT IS HEREBY ORDERED AND DECREED THAT:**

A. The Case Management Conference is hereby continued to April 21, 2008 at 10:00 in Courtroom 8, 4th Floor, San Jose before Hon. James Ware.

DATED: March 28, 2008

ST. JOHN, WALLACE, BRENNAN & FOLAN LLP

By: _____
Patrick J. Folan, Esq. (State Bar # 125340)
Attorneys for Plaintiff Morgan Stanley & Incorporated

DATED: March 28, 2008

EDGERTON & WEAVER, LLP

By: _____
Chad Weaver (State Bar.#191984)
Attorneys for Defendant Frank Horath

**IT IS SO ORDERED.**

Dated:_____

_____
Hon.
United States District Court Judge