| | |
|---|---|
| 1 | **EDGERTON & WEAVER, LLP** |
| 2 | CHAD WEAVER (CA Bar No. 191984) |
| | 2615 Pacific Coast Highway, Suite 300 |
| 3 | Hermosa Beach, California 90254 |
| | Tel: (310) 937-2066 |
| 4 | Fax: (310) 937-2064 |
| 5 | |
| | Attorneys for Defendant, |
| 6 | Frank Horath |



IT IS SO ORDERED AS MODIFIED
Judge James Ware

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| MORGAN STANLEY & CO. Incorporated, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK HORATH, an individual,<br><br>Defendant. | Case No. CV 08-01209 JW (PVT)<br><br>**STIPULATION RE CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>PREVIOUS DATE: March 31, 2008<br>PREVIOUS TIME: 10:00 a.m.<br><br>NEW DATE: April 21, 2008<br>NEW TIME: 10:00 A.M.<br><br>COURTROOM: 8, 4th Floor |

### STIPULATION

Plaintiff Morgan Stanley & Co. Incorporated ("Morgan Stanley") and defendant Frank Horath ("Horath" or "Defendant") hereby stipulate and agree as follows:

1. The parties have tentatively settled the matter, subject to a written settlement agreement. The parties request that the Case Management Conference previously scheduled for March 31, 2008 at 10:00, of the above-entitled court be continued to April 21, 2008 at 10:00 in Courtroom 8, 4th Floor, San Jose before Hon. James Ware so that the parties have time to work on the settlement papers.

DATED: March 28, 2008

ST. JOHN, WALLACE, BRENNAN & FOLAN LLP

By: _____
Patrick J. Folan, Esq. (State Bar # 125340)
Attorneys for Plaintiff Morgan Stanley & Incorporated

DATED: March 28, 2008

EDGERTON & WEAVER, LLP

By: _____
Chad Weaver (State Bar.#191984)
Attorneys for Defendant Frank Horath

\*\*\* ORDER \*\*\*

On **March 28, 2008**, the parties informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates. On or before **April 14, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **April 21, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **April 14, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: March 31, 2008

_____
JAMES WARE
United States District Judge

STIPULATION RE CONTINUING CASE MANAGEMENT CONFERENCE