PATRICK J. FOLAN (STATE BAR #125340)
STEVEN W. BRENNAN (STATE BAR #110256)
ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
21515 Hawthorne Boulevard, Suite 1120
Torrance, California 90503-6504
Telephone:  (310) 792-1075
Facsimile:   (310) 792-0635
E-mail: pjfolan@swbf.net

Attorneys for Plaintiff
Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| Morgan Stanley & Co. Incorporated, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>Frank Horath, an individual,<br><br>Defendant. | CASE NO. **CV-08-01209 JW(PVT)**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

   Plaintiff Morgan Stanley & Co. Incorporated and defendant Frank Horath, by and through their counsel of record, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this entire action shall be dismissed with prejudice and each party shall bear their own costs

//
//
//
//

1
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

1  and attorneys' fees.

3  DATED:  April ___, 2008          ST. JOHN, WALLACE, BRENNAN
                                     & FOLAN LLP

                                    By:_____
                                          Patrick J. Folan (State Bar #125340)
                                    Attorneys for Plaintiff Morgan Stanley & Co. Incorporated

8  DATED:  April ___, 2008          EDGERTON AND WEAVER, LLP

                                    By:_____
                                          Chad Weaver (State Bar #191984)
                                    Attorneys for Defendant Frank Horath

**IT IS SO ORDERED**.

Dated:_____          _____
                                   Hon. James Ware
                                   United States District Court Judge

...\MS\Horath\Dismissal Stip.Order.wpd

1 | and attorneys' fees.

3 | DATED: April 12, 2008    ST. JOHN, WALLACE, BRENNAN & FOLAN LLP

By: _____
Patrick J. Folan (State Bar #125340)
Attorneys for Plaintiff Morgan Stanley & Co. Incorporated

8 | DATED: April 14, 2008    EDGERTON AND WEAVER, LLP

By: _____
Chad Weaver (State Bar #191984)
Attorneys for Defendant Frank Horath

**IT IS SO ORDERED.**

Dated:_____    _____
Hon. James Ware
United States District Court Judge

...\MS\Horath\Dismissal Stip.Order.wpd

---

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON