1  PATRICK J. FOLAN (STATE BAR #125340)
   STEVEN W. BRENNAN (STATE BAR #110256)
2  ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
   21515 Hawthorne Boulevard, Suite 1120
3  Torrance, California 90503-6504
   Telephone:  (310) 792-1075
4  Facsimile:   (310) 792-0635
   E-mail: pjfolan@swbf.net

Attorneys for Plaintiff
Morgan Stanley & Co. Incorporated

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| Morgan Stanley & Co. Incorporated, a corporation, | ) ) ) | CASE NO. **CV-08-01209 JW(PVT)** |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| Frank Horath, an individual, | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

Plaintiff Morgan Stanley & Co. Incorporated and defendant Frank Horath, by and through their counsel of record, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this entire action shall be dismissed with prejudice and each party shall bear their own costs

//
//
//
//

1

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

1 | and attorneys' fees.

3 | DATED: April ___, 2008        ST. JOHN, WALLACE, BRENNAN & FOLAN LLP

By:_____
   Patrick J. Folan (State Bar #125340)
   Attorneys for Plaintiff Morgan Stanley & Co. Incorporated

8 | DATED: April ___, 2008        EDGERTON AND WEAVER, LLP

By:_____
   Chad Weaver (State Bar #191984)
   Attorneys for Defendant Frank Horath

**IT IS SO ORDERED**.

The Clerk shall close this file.

Dated:_____ April 15, 2008 __        _____
                                      Hon. James Ware
                                      United States District Court Judge

20 | ...\MS\Horath\Dismissal Stip.Order.wpd

---

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

1  and attorneys' fees.

2

3  DATED: April 12, 2008              ST. JOHN, WALLACE, BRENNAN
                                      & FOLAN LLP
4

5
                                      By: _____
6                                         Patrick J. Folan (State Bar #125340)
                                      Attorneys for Plaintiff Morgan Stanley & Co. Incorporated
7

8  DATED: April 14, 2008              EDGERTON AND WEAVER, LLP

9

10                                    By: _____
                                          Chad Weaver (State Bar #191984)
11                                    Attorneys for Defendant Frank Horath

12

13     **IT IS SO ORDERED.**

14

15  Dated:_____            _____
                                      Hon. James Ware
16                                    United States District Court Judge

17

18

19

20  ...\MS\Horath\Dismissal Stip.Order.wpd

21

22

23

24

25

26

27

28

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON